NICHOLAS LANKO, Jr., PLAINTIFF-PETITIONER, v. LUCY LANKO, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Frank J. Cavico* and *Mr. Sam Weiss* for the petitioner.

*Mr. Richard H. Cashion* for the respondents.

October 3, 1955. ▮▮▮▮

▮▮▮▮▮▮▮▮▮

NATIONAL-BEN FRANKLIN FIRE INSURANCE COMPANY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CAMDEN TRUST COMPANY, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 249.

*Messrs. Moore, Butler & McGee* for the petitioners.

*Messrs. Lum, Fairlie & Foster, Mr. William T. Wachenfeld* and *Mr. Vincent P. Biunno* for the respondents.